UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>*ex rel.* ANNE E. MITCHELL,<br><br>    Plaintiff/Relator,<br><br>vs.<br><br>UNITED MEDICAL SYSTEMS (DE), et al.,<br><br>    Defendants. | Civil No. 11-10090<br><br>Honorable Victoria A. Roberts<br>Magistrate Judge Mona K. Majzoub<br><br>**ORDER** |

The Relator Anne Mitchell has requested voluntary dismissal of this action and the United States of America has consented, IT IS ORDERED that:

1. This action is dismissed without prejudice as to the United States of America pursuant to 31 U.S.C. § 3730(b)(1);

2. the complaint shall be unsealed;

3. all other contents of the Court's file in this action shall remain under seal and not be made public or served upon the defendants, except for this Order and The Government's Notice of Consent to Dismissal;

4. the seal shall be lifted as to all other matters occurring in this action after the date of this Order; and that

5. all orders of this Court shall be sent to the United States.

IT IS SO ORDERED this  23rd  day of August 2012.

                S/Victoria A. Roberts
                Honorable Victoria A. Roberts
                United States District Judge