# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: September 23, 2015

Mr. David J. Weaver
U.S. District Court
for the Eastern District of Michigan
231 W. Lafayette Boulevard
Fifth Floor Theodore Levin U.S. Courthouse
Detroit, MI 48226-0000

Re: Case No. 14-2577, *Anne Mitchell, et al v. United Medical Systems(DE) Inc, et al*
Originating Case No. : 2:11-cv-10090

Dear Mr. Weaver:

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Jeanine R. Hance
Case Manager
Direct Dial No. 513-564-7037

cc: Ms. Anne E. Mitchell

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 14-2577

_____

Filed: September 23, 2015

ANNE E. MITCHELL

    Plaintiff - Appellant

 and

UNITED STATES OF AMERICA; STATE OF ILLINOIS; STATE OF INDIANA; STATE OF MICHIGAN

    Plaintiffs

v.

UNITED MEDICAL SYSTEMS (DE), INCORPORATED, et al

    Defendant - Appellee

## MANDATE

   Pursuant to the court's disposition that was filed 09/01/2015 the mandate for this case hereby issues today.

COSTS:  None